[No. 1561-1. Division One. December 17, 1973.]

STANLEY R. FLEMING, *Appellant,* v. KENNETH MULLIGAN *et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 178071, John D. Cochran, J., entered January 31, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Williams, JJ.

[No. 1709-1. Division One. December 17, 1973.]

GARY P. THORN, *Respondent,* v. MARILYN R. THORN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-36088, Richard J. Ennis, J., entered May 8, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 2024-1. Division One. December 17, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES D. COBURNE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 5449, Alfred O. Holte, J., entered November 2, 1972. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Horowitz and Callow, JJ.

[No. 1904-42285-1. Division One. December 17, 1973.]

THOMAS E. DUPAR, *Appellant,* v. MAUREEN A. DUPAR, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-33054, Ward Roney, J., entered December 17, 1971. *Remanded* by unpublished opinion per Walterskirchen, J. Pro Tem., concurred in by Swanson, C.J., and Farris, J.